IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| HAROLD MATHENEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:08-cv-0066 |
| ) | Judge Trauger |
| CITY OF COOKEVILLE, TENNESSEE; ) | |
| ROBERT TERRY, individually and in his ) | |
| official capacity as Chief of Police of the City ) | |
| of Cookeville Police Department; ) | |
| CHASE MATHIS, ANTHONY REEP, ) | |
| JOSH WARD, JOHN DOE 1, and ) | |
| JOHN DOE 2, individually and in their ) | |
| official capacity as Police Officers of the City ) | |
| of Cookeville, Tennessee Police Department, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motions for Summary Judgment filed by defendants City of Cookeville and Robert Terry (Docket No. 36) and Chase Mathis, Anthony Reep, and Josh Ward (Docket No. 53) are **GRANTED**. All of the plaintiff's claims are hereby **DISMISSED** without prejudice. This Order shall constitute the judgment in this case.

It is so Ordered.

Entered this 7th day of April 2010.

_____
ALETA A. TRAUGER
United States District Judge